JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ELHENDI<br><br>Plaintiff,<br><br>vs.<br><br>HOMEAWAY, INC.; and YAPSTONE, INC.; DOES 1-10 inclusive,<br><br>Defendant. | Case No. CV 18-10325-GW-KSx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

Plaintiff Mohamed Elhendi and Defendant Yapstone, Inc. having stipulated to the dismissal of this action in its entirety with prejudice as a result of a settlement between Plaintiff Mohamed Elhendi and Defendant Yapstone, Inc., the court hereby **GRANTS** the stipulation to dismiss this action in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: January 30, 2019

_George H. Wu_
Hon. George H. Wu
United States District Judge

-1-
ORDER GRANTING STIPULATION TO DISMISS ACTION  18-cv-10325